NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


RICHARD W. HOWELL,                          )
                                            )
            Appellant,                      )
                                            )
v.                                          )          Case No. 2D16-5225
                                            )
U.S. BANK NATIONAL ASSOCIATION,             )
as trustee for HomeBanc Mortgage Trust      )
2005-5 Mortgage Backed Notes, Series        )
2005-5,                                     )
                                            )
            Appellee.                       )
_____ )

Opinion filed February 21, 2018.

Appeal from the Circuit Court for Pinellas
County; David A. Demers, Senior Judge.

Lee Segal of Florida Foreclosure & Credit
Defense Firm, P.L., Clearwater, for
Appellant.

Allison Morat of Pearson Bitman LLP,
Maitland, for Appellee.


PER CURIAM.


            Affirmed.


VILLANTI, SLEET, and ROTHSTEIN-YOUAKIM, JJ., Concur.